IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
WILLIAM FORBES                  :       CIVIL
                                :
                                :
        v.                      :
NCO FINANCIAL SYSTEMS, INC.     :       NO.  11-7816
```

<u>O R D E R</u>

**AND NOW, TO WIT:** This 21st day of December, 2012, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/Katherine Gallagher
Katherine Gallagher
Deputy Clerk

Civ 2
41(b).frm